■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PEARSON, Appellant. [704 NYS2d 840] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dabiri, J.), rendered April 9, 1998, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecution established a sufficient chain of custody of the narcotics recovered from the defendant upon his arrest, and prosecution witnesses provided reasonable assurances of

the identity of the narcotics and of their unchanged condition (*see, People v Julian,* 41 NY2d 340, 343; *People v Duke,* 235 AD2d 547; *People v Jason,* 210 AD2d 256; *People v McIntyre,* 175 AD2d 637, 638; *People v Griffith,* 171 AD2d 678). O'Brien, J. P., Joy, Florio and H. Miller, JJ., concur.